```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEENAH MOON,

                Plaintiff,

    - against -

SUSAN MAGRINO AGENCY INC,

                Defendant.

24 Civ. 9481 (VM)

**CONDITIONAL ORDER**
**OF DISCONTINUANCE**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff, on behalf of the parties, having notified the Court, by Notice of Settlement dated February 13, 2025 (ECF No. 15), that the parties have reached an agreement to in principle to settle this action without further litigation, it is hereby

    **ORDERED,** that this action be conditionally discontinued without prejudice and without costs; provided, however, that within forty-five (45) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and

the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are cancelled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   19 February 2025
         New York, New York

_____
         Victor Marrero
         U.S.D.J.